```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JACKSON PICHARDO,

                      Plaintiff,

-against-

UNITED CHELSEA, LLC, UNITED VILLAGE, LLC, LANDMARK RESOURCES LLC, and MARK HAROUNIAN, as an individual,

                      Defendants.

No. **1:20-cv-04706 (GHW)**

**JUDGMENT**

    **WHEREAS**, Defendants United Chelsea, LLC, United Village, LLC, Landmark Resources LLC, and individual Defendant Mark Harounian (collectively "Defendants") offered to allow judgment to be taken against them by Plaintiff Jackson Pichardo ("Plaintiff") according to the terms set forth in Defendants' Rule 68(a) Offer of Judgment ("Offer"), dated December 14, 2021, in the amount of One Hundred Sixty Thousand Dollars ($160,000.00), which is inclusive of all of Plaintiff's claims for relief, damages alleged or incurred to date, and inclusive of pre-judgment interest and the attorneys' fees, costs and expenses incurred by Plaintiff in this action;

    **WHEREAS**, on December 16, 2021, Plaintiff filed his Notice of Acceptance of this offer; it is

    **HEREBY ORDERED and ADJUDGED** that judgment is hereby entered pursuant to Rule 68 of the Fed. R. Civ. P. in favor of Plaintiff, as against Defendants, jointly and severally, for One Hundred Sixty Thousand Dollars ($160,000.00), inclusive of pre-judgment interest and the attorneys' fees, costs and expenses incurred by Plaintiff in this action.

SO ORDERED, on the __18th__ day of _____December_____, 2021, New York, New York:

                                                  _____
                                                  Hon. Gregory H. Woods